IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00531 JF (PVT) |
| Plaintiff, | ) | [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL |
| v. | ) | |
| YE TUAN BANH, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on August 9, 2006 are hereby modified to permit defendant, Ye Tuan Banh to travel by plane to Las Vegas, Nevada, Friday, May 25, 2007 and return by the same means on Monday, May 28, 2007. While in Las Vegas, Nevada, Mr. Banh will be staying at The Venetian Resort Hotel Casino located at 3355 Las Vegas Blvd., Las Vegas, Nevada, (702) 414-1000.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: May 15, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge