UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR- 05-0031 JF PVT |
| Plaintiff, | ) ) | **ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE** |
| v. | ) ) | |
| YE TUAN BANH, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

  This matter came before the Court on November 16, 2007, for a review and possible revocation of Defendant Ye Tuan Banh's pre-trial release status. It appears that information has been conveyed to Pre-Trial Services that this Defendant has a continuing involvement with controlled substances. The verification of that involvement is legally difficult at this juncture. Thus, the Court has reiterated to the Defendant the conditions of his pre-trial release, reminding him that his parents have signed as sureties for $100,000. The Court specifically informed the Defendant that the government will seek to obtain the $100,000 from Defendant's parents upon any violation, and will undoubtedly obtain the funds upon a finding of violation.

  Based on the foregoing, IT IS HEREBY ORDERED that the previously set conditions continue as the release conditions in this case and a new curfew condition has been added and will be strictly enforced with narrow allowances for work, school, court and meeting with

1 counsel.  The Court anticipates that a strict daily schedule will be set by Pre-Trial Services and
2 complied with by the Defendant.

3    IT IS FURTHER ORDERED that the sureties be notified that the Defendant has made a
4 court appearance concerning his compliance with his pre-trial release conditions.  The sureties
5 shall also be notified that the Defendant was warned in open court that any future violation can
6 and will result in a violation and revocation of pre-trial release as well as the payment of the
7 $100,000 secured by his parents Hoa Thi Troung (mother) and Tommy Banh (father).  *See*
8 Conditions of Release for this Defendant, Docket number 14 and 61.

9    IT IS FURTHER ORDERED that the Defendant shall give a copy of this Order to the
10 sureties within 24 hours of receipt.  Upon being advised that the Order has been so distributed by
11 the Defendant, Pre-Trial Services shall verify the sureties' receipt of the Order.

12    IT IS SO ORDERED.

Dated: November 16, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge